IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00137-WDM-KLM

BMG MUSIC, a New York general partnership;
UMG RECORDINGS, INC., a Delaware corporation;
SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and
ARISTA RECORDS LLC, a Delaware limited liability company,

    Plaintiffs,

v.

LISA FIGUEROA, aka Elisa Figueroa aka Elisa Morales,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' Motion to Amend Caption [Docket No. 10; Filed March 6, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The caption shall be amended to name Defendant as LISA FIGUEROA aka Elisa Figueroa aka Elisa Morales.

Dated: March 10, 2008